## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:14CR394 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| DYONAQUANDO WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion of Jay W. Mez to withdraw as counsel for the defendant Dyonaquando Williams (Williams) (Filing No. 33). A hearing was held on the motion on June 4, 2015, and Jay W. Mez was granted leave to withdraw as counsel for Williams.

The court was presented with a Financial Affidavit (CJA Form 23) signed by Williams in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that Williams is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED:**

CJA Panel attorney Andrew J. Hilger is appointed to represent defendant Dyonaquando Williams in this matter.

**IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. §3006A(f). At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

DATED this 8th day of June, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge